# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER AGUILA,<br><br>          Petitioner,<br><br>    v.<br><br>DAVID LONG, Warden,<br><br>          Respondent. | Case No. CV 12-10624 VBF (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: March 3, 2013

*Valerie Baker Fairbank*
_____
HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE